## Commonwealth *v.* Robertson, Appellant.

Submitted April 14, 1975. *Norman A. Levine,* Public Defender, for appellant; *Joseph Solomon,* Assistant District Attorney,

and *Donald E. Williams,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.